UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 13 C 3810 |
| v. | ) ) | Judge Ellis |
| CITY OF CHICAGO, | ) ) | Magistrate Valdez |
| Defendant. | ) | |

## PETITION FOR ATTORNEYS' FEES AND COSTS

Plaintiff Scott D.H. Redman, on behalf of himself and the Settlement Class, moves this Court for an award of attorneys' fees in the amount of $188,500 and costs in the amount of $767.41. In support of this motion, Plaintiff incorporates herein by reference the Declaration of Paul F. Markoff, included herewith as **Exhibit A**, and Plaintiff's Brief in Support of Petition for Attorneys' Fees and Costs.

WHEREFORE, Plaintiff requests that this Court award him $188,500 in attorneys' fees and $767.41 in costs and grant such other relief as this Court deems proper.

                                                      SCOTT D.H. REDMAN,
                                                      Plaintiff,

                    By:    /s Paul F. Markoff
                            One of Plaintiff's Attorneys

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
312.726.4162 (p)
312.674.7272 (f)
paul@markleinlaw.com

**CERTIFICATE OF SERVICE**

      I certify that I served a copy of this *Petition for Attorneys' Fees and Costs* on the following electronically by using the CM/ECF system on this 29th day of June, 2015:

Bart T. Murphy (bart.murphy@icemiller.com)
Thomas J. Hayes (thomas.hayes@icemiller.com)
Isaac J. Colunga (isaac.colunga@icemiller.com)
Ice Miller LLP
2300 Cabot Dr Ste 455
Lisle IL 60532


Karen M. Dorff (kdorff@cityofchicago.org)
Rebecca A. Hirsch (rebecca.hirsch@cityofchicago.org)
City of Chicago Dept. of Law
30 N LaSalle St Ste 1230
Chicago IL 60602

                                                  s/ Paul F. Markoff
                                                  Paul F. Markoff