**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

# FILED

JUL 06 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CLAIM NUMBER: 00082682

|||||||||||||||||||||||||||||||||||||||||||||||||

\*569800082682 0 101\*

||||||||||||||||||||||||||||||||||||||||||||||||

LEE KYLES
4442 W WASHINGTON BLVD
CHICAGO IL 60624-2234

26 P1

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 13 C 3810 |
| v. | ) ) | Judge Ellis |
| CITY OF CHICAGO, | ) ) | Magistrate Valdez |
| Defendant. | ) ) | |

## CLAIM FORM

**THIS CLAIM FORM MUST BE COMPLETED, SIGNED AND SUBMITTED (OR POST-MARKED, IF MAILED) TO THE CLASS ADMINISTRATOR BY <u>AUGUST 26, 2015</u>.**

<u>Class Administrator</u>:    Clerk Card Settlement
c/o Dahl Administration
PO Box 3614
Minneapolis MN 55406-0614

I affirm that, between January 21, 2013 and May 29, 2013, I made a payment in person using my <u>personal</u> (not a business card) credit or debit card to the City of Chicago Office of the City Clerk at one of its locations (121 N LaSalle St Rm 107, Chicago IL 60602; 5430 W. Gale St., Chicago, IL 60630; or 5674 S. Archer Ave. Unit A, Chicago, IL 60638), and received a receipt for the payment at the time of the transaction.

I hereby make a claim to receive my share of the Settlement Fund.

Signature: _Lee Kyles_

Printed Name: _Lee Kyles_

Address: _4442 W Washington BLVD_
_Chicago, IL 60624_

Email Address (if you have one): _dominion26@gmail.com_

Telephone No.: _773-626-753_