**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 13 C 3810 |
| v. | ) ) | Judge Ellis |
| CITY OF CHICAGO, | ) ) | Magistrate Valdez |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Scott D.H. Redman ("Plaintiff"), for the reasons set forth in the *Plaintiff's Brief in Support of Plaintiff's Motion for Final Approval of Class Action Settlement*, moves this Court for final approval of the proposed Class Action Settlement in this case. Defendant does not oppose this motion. Plaintiff incorporates herein by reference the following:

1. Supplemental Declaration of Paul F. Markoff, **Exhibit A**; and

2. Affidavit of Kelly Kratz, **Exhibit B**.

SCOTT D.H. REDMAN, Plaintiff,

By: /s Paul F. Markoff

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
Tel: 312.726.4162
Fax: 312.674.7272
paul@markleinlaw.com

1

# CERTIFICATE OF SERVICE

I certify that I served a copy of this *Plaintiff's Motion for Final Approval of Class Action Settlement* on the following electronically by using the CM/ECF system on this 1st day of September, 2015:

Bart T. Murphy (bart.murphy@icemiller.com)
Thomas J. Hayes (thomas.hayes@icemiller.com)
Isaac J. Colunga (isaac.colunga@icemiller.com)
Ice Miller LLP
2300 Cabot Dr Ste 455
Lisle IL 60532

Karen M. Dorff (kdorff@cityofchicago.org)
Rebecca A. Hirsch (rebecca.hirsch@cityofchicago.org)
City of Chicago Dept. of Law
30 N LaSalle St Ste 1230
Chicago IL 60602

                                                                s/ Paul F. Markoff
                                                                 Paul F. Markoff