**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
KANSAS CITY**

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 C 3810 |
| v. | ) | |
| | ) | Judge Ellis |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Valdez |
| Defendant. | ) | |

**AFFIDAVIT OF KELLY KRATZ
WITH RESPECT TO NOTICE AND CLAIM FILING**

I, Kelly Kratz, being duly sworn and deposed, say:

1. I am a Principal at Dahl Administration, LLC ("Dahl"), a nationally-recognized firm that has provided notice and claims administration services for class actions involving product liability, consumer, insurance, fraud, property, employment and discrimination related claims. I have experience in all areas of settlement administration including notification, claims processing and distribution.

2. I am responsible for supervising services provided by Dahl with respect to this action. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. I submit this affidavit to update the parties and the Court with respect to notice and claims processing activities completed by Dahl, in accordance with the Court's *Amended Preliminary Approval Order* dated June 26, 2015 ("Order"). This affidavit describes *(a)* mailing of the Notice of Class Action Settlement and Claim Form ("Notice") to identified Class Members; *(b)* receipt and re-mailing of undeliverable Notices; *(c)* implementation of a settlement website; *(d)*

Exhibit B

receipt and processing of requests for exclusion from the settlement and objections to the settlements; and *(e)* claim filing results.

## NOTICE MAILING

4. On June 18, 2015, Dahl received a Class Member data file containing 18,435 records. Dahl reviewed the list and removed 956 duplicate records. The Class Member mailing list contained 17,479 records ("Class List").

5. In order to obtain the most current mailing address for Class Members, Dahl processed the Class Mailing List records through the National Change of Address database maintained by the United States Postal Service ("USPS"). This process produced updated addresses for Class Members who have moved within the last four years and have filed a change of address card with the USPS.

6. Dahl worked with counsel to format the summary Notice of Class Action Settlement and Claim Form into a format suitable for mailing, The Notice contained a summary of the settlement and clear instructions for Class Members on how to file a claim and how to obtain settlement information via the settlement website. A copy of the Notice and Claim Form is attached as Exhibit A.

7. Dahl mailed Notices via USPS First Class Mail to 17,479 Class Members on June 26, 2015.

8. In addition, 520 records were identified as having incomplete mailing addresses and were sent to a professional address location service for address tracing. Of the 520 incomplete records submitted, 466 records were returned with a complete mailing address.

9. Dahl mailed Notices via USPS First Class Mail to 466 Class Members on July 2, 2015.

**RETURN MAIL PROCESSING**

10. As of August 31, 2015, the USPS returned 2,110 Notices as undeliverable from the initial mailing without a forwarding address and 79 Notices were returned as undeliverable from the initial mailing with a forwarding address and were promptly re-mailed to the forwarding address.

11. After re-mailing undeliverable Notices with a forwarding address, a total of 15,835 or 88.24% of the 17,945 Notices were successfully mailed to Class Members.

**SETTLEMENT WEBSITE**

12. The Notice directed Class Members to additional settlement information. Class Members could access a settlement website (www.clerkcardsettlement.com) to read a summary of the settlement; view important settlement dates; obtain answers to frequently asked questions; view or download court documents, view or download settlement documents.. In addition, Class Members could file a claim or opt-out online or contact the Claims Administrator via email or by toll-free phone call at 1-877-746-4151.

13. The Petition for Attorneys' Fees and Costs has been posted on the settlement website since June 30, 2015.

14. As of August 31, 2015, 4 Notices were mailed to Class Members from written, email or telephone requests.

**PUBLICATION NOTICE**

15. On July 3, 2015 and July 10, 2015, an abbreviated class action notice was published in the Chicago Tribune. A copy of the abbreviated notice and tear sheet are attached as Exhibit B.

**REQUESTS FOR EXCLUSION & OBJECTIONS**

16. As of August 31, 2015, Dahl has received 16 Requests for Exclusions (15 online and 1 by mail). The list of Class Members who have submitted a Request for Exclusion is attached as Exhibit C.

17. As of August 31, 2015, Dahl has not received any Objections to the settlement.

## CLAIM FILING

18. As of August 31, 2015, 3222 claims have been filed (1,292 online and 1,930 by mail), representing an overall filing rate of 17.95%. Of these, 3,166 Claim Forms are complete and valid, 34 Claim Forms are deficient (Dahl has requests out for additional information from those claimants in an effort to validate the claims), one (1) Claim Form was rescinded by the Class Member, and 21 Claims Forms are duplicate filings.

## SETTLEMENT ADMINISTRATION FEES

19. As of July 31, 2015, Dahl's Settlement Administration Cost is $30,094.55. Of that amount, $24,033.81 is due to the initial notice and administration plan and will be paid from the Settlement Fund, and $6,060.74 is due to the additional notice and administration costs related to the court ordering additional notice and will be paid separately from the Settlement Fund. Additionally, Dahl will continue to administer this settlement, including finalizing claims processing and distribution of the Settlement Fund, for which Dahl estimates that its costs will be $13,419.49, which will be paid from the Settlement Fund.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 1st day of September, 2015 in Minneapolis, Minnesota.

Kelly Kratz
Principal
Dahl Administration, LLC

Sworn to and Subscribed before me this 1st day of September, 2015.

Notary Public

JOANNA ARTIG
Notary Public
State of Minnesota
My Commission Expires
January 31, 2019

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
*Redman v. City of Chicago*
*Case No. 13 C 3810*

**NOTICE OF CLASS ACTION SETTLEMENT**
**www.clerkcardsettlement.com**

TO: All persons who made a payment in person to the City of Chicago Office of the City Clerk using a personal (not business) credit or debit card at any location of the City Clerk's Office (121 N LaSalle St. Rm 107, Chicago IL 60602; 5430 W. Gale St., Chicago, IL 60630; or 5674 S. Archer Ave. Unit A, Chicago, IL 60638), during the period January 21, 2013 through May 29, 2013 and who received a receipt for the payment at the time of the transaction. ("Class" or "Settlement Class").

- You are receiving this notice, because City of Chicago records show that you meet the above definition, and you may be eligible for a share of a $571,320 class action settlement.
- The settlement resolves a lawsuit alleging that the City of Chicago ("Defendant") violated certain requirements imposed by the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681c(g) ("FACTA"). The City is not admitting it is liable and has entered into this settlement to avoid the expense and inconvenience of continued litigation. This settlement entitles Class Members to submit a claim for a share ("Settlement Benefit") of a $571,320 settlement amount ("Settlement Fund").
- Your legal rights are affected whether you act or not. Read this notice carefully.
- This notice relates to a lawsuit against Defendant. This is not a lawsuit against you. You are not required to take any action, but you must submit a claim to receive any benefits from this settlement.

**YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT:**

| | | |
|---|---|---|
| **SUBMIT A CLAIM** | The only way to get Settlement Benefit. You can submit a claim on-line at www.clerkcardsettlement.com or mail the enclosed claim form to the Claims Administrator by the deadline to the right. | DEADLINE: **August 26, 2015** |
| **EXCLUDE YOURSELF** | Exclude yourself from the Settlement – you will receive no benefits under the settlement and you will retain any claims you have against Defendant | DEADLINE: **August 26, 2015** |
| **OBJECT** | Write to the Court about why you do not like or object to the settlement. | DEADLINE: **August 26, 2015** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the settlement. | Date and Time: **September 9, 2015 at 9:30 a.m.** |
| **DO NOTHING** | Receive no Settlement Benefit but remain a Member of the Settlement Class and release Defendant of liability. | |

- These rights and options – and the deadlines to exercise them – are explained in this Notice.
- The court in charge of this case still has to decide whether to approve the settlement. Settlement Benefits will be distributed if the court approves the settlement and after appeals, if any, are resolved. Please be patient.

**1. What is this lawsuit about?**

Scott Redman ("Plaintiff"), on behalf of all members of the Class, has asserted that Defendant violated certain requirements imposed by FACTA. Specifically, Plaintiff claims that Defendant printed more than the last five (5) digits of consumers' credit or debit card numbers and printed the expiration dates of consumers' credit or debit cards on receipts provided to Class Members, both of which violate FACTA. Plaintiff has not alleged any actual monetary damage. In the absence of actual monetary damages, in order for Plaintiff to prevail, Plaintiff would have to prove that Defendant willfully violated FACTA. Defendant denies the allegations and denies any liability or wrongdoing. Without any determination by the Court as to liability, the parties have entered into a Class Action Settlement Agreement and Release ("Settlement Agreement") in an effort to resolve this lawsuit without the need for a trial. For more information, you may contact Plaintiff's attorneys ("Class Counsel") at 312.726.4162.

**2. What is a class action?**

In a class action, one or more people called Class Representatives (in this case Scott Redman) sue on behalf of a group of people who have similar claims. The people with similar claims are a class or class members. One court resolves the issues for all class members, except for those who exclude themselves from the class.

**3. Why is there a settlement?**

The Court did not decide in favor of Plaintiff or Defendant. Plaintiff thinks he would have prevailed at a trial. Defendant thinks it would have prevailed at trial. But there was no trial. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and the people affected will get compensation. The Class Representative and his attorneys recommend the settlement to Class Members.

**4. How do I know if I am part of the settlement?**

The court ruled that everyone who fits the following description is a Member of the Settlement Class:

> All persons who paid made a payment in person to the City of Chicago Office of the City Clerk using a personal (not business) credit or debit card at any location of the City Clerk's Office (121 N LaSalle St Rm 107, Chicago IL 60602; 5430 W. Gale St., Chicago, IL 60630; or 5674 S. Archer Ave. Unit A, Chicago, IL 60638), during the period January 21, 2013 through May 29, 2013 and who received a receipt for the payment at the time of the transaction.

If you received this notice, Defendant's records show that you are likely a member of the Class, unless you used a business or entity credit or debit card for payment.

**5. What does the settlement provide?**

Defendant will establish a Settlement Fund of $571,320.

Class Members who submit valid claims will receive a *pro rata* share of the Settlement Fund after certain deductions, except that the maximum recovery will be $1,000 per claimant. The following will be deducted from the Settlement Fund: (a) up to $5,000 paid to Plaintiff for his individual claim and his services as Class Representative; (b) up to 33% of the Settlement Fund ($188,500) to Class Counsel for attorneys' fees; (c) Class Counsel costs (undetermined at this time); and (c) costs for notifying Class Members of the settlement, administering the settlement and distributing Settlement Benefits (estimated to be $75,000). The amount each claimant will receive depends on the number of valid claims received, and can vary from approximately $17.15 per claim if all Class Members submit claims up to $1,000. Payments to Class Members are taxable as regular income. If the amount paid for each claim exceeds $600, claimants will be required to submit IRS Form W-9 to receive payment.

**6. How can I get a Settlement Benefit?**

You must submit a completed claim form by **August 26, 2015**. You can submit a claim online at www.clerkcardsettlement.com or you can complete and mail the claim form included with this notice. If you lose your claim form and do not want to submit a claim online, you can download a claim form at

www.clerkcardsettlement.com to submit a claim by mail or you can call 877.746.4151 to have a claim form mailed to you. In any case your claim form must be submitted (or postmarked, if mailed) by **August 26, 2015**.

**7. When would I get my Settlement Benefit?**

The Court will hold a hearing on **September 9, 2015** at **9:30 a.m.** at the U.S. District Court, 219 S. Dearborn St., Courtroom 1403, Chicago, IL 60604, to decide whether to finally approve the settlement. If the Court approves the settlement, somebody may appeal the decision, which could take more than a year to resolve. Please be patient. If the Court approves the settlement and nobody objects to the settlement, Settlement Benefits will be distributed within 30 days after the Effective Date.

**8. What am I giving up to get Settlement Benefits and stay in the Class?**

Unless you exclude yourself, you are staying in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against Defendant about the legal issues in *this lawsuit*. It also means that all of the Court's orders will apply to you and legally bind you, including a release of further liability against Defendant if the Court approves this settlement.

**9. Can I exclude myself from the Class?**

Yes. If you do not want to participate in the settlement or receive any Settlement Benefits, you must exclude yourself by either (a) excluding yourself online at www.clerkcardsettlement.com or (b) sending a letter to Class Counsel stating your intention to be excluded (opt out). Your election to opt out must contain the following information: your name, your current address, your signature (which may be electronic if on website), the date and a statement clearly stating words to the effect of "I want to be excluded from the *Redman v. Chicago* Settlement." Exclusions requests must be made (or post-marked, if mailed) no later than **August 26, 2015**. If you choose to exclude yourself by mail, send your letter to

Paul F. Markoff
Markoff Leinberger LLC
134 N LaSalle St., Ste. 1050
Chicago IL 60602

If you exclude yourself, you will not get any Settlement Benefits and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Defendant in the future.

**10. How can I object to the settlement?**

You can object to the settlement if you do not like any part of it. You must give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must submit a letter stating that you object to the *Redman v. City of Chicago* settlement and the reasons you object to the settlement. Your letter must also include a reference to case number 13 C 3810, your name, current address, telephone number, date and signature. You must file your letter with the Clerk of the District Court, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604 by **August 26, 2015**.

If you want to object to the settlement, you must also submit a claim. If you do not submit a claim, your objection may be disregarded.

**11. What is the difference between objecting and excluding?**

Objecting is simply telling the Court that you do not like something about the settlement and that it should not be approved. You can object only if you stay in the Class and submit a claim. Even if the Court rejects your objection, you cannot thereafter exclude yourself from the Class. Excluding yourself is telling the Court that you do not want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

**12. Do I have a lawyer in this case?**

The Court appointed lawyers to represent you and other Class Members. These lawyers are called Class Counsel. You will not be charged separately by these lawyers. They will be paid from the Settlement Fund. If you want to be represented by your own lawyer, you may hire one at your own expense. Class Counsel are:

Paul F. Markoff
Karl G. Leinberger
*Markoff Leinberger LLC*

**13. When and where will the Court decide whether to approve the settlement?**

The Court will hold a hearing (a "Fairness Hearing") to decide whether to finally approve the settlement. The Fairness Hearing will be held on **September 9, 2015** at **9:30 a.m.** at the U.S. District Court, 219 S. Dearborn St., Courtroom 1403, Chicago, IL 60604. At the Fairness Hearing, the Court will consider whether the settlement is fair, reasonable and adequate. If there are objections or requests to be heard, the Court will consider them at the hearing.

**14. Do I have to attend the Fairness Hearing?**

No. Class Counsel will answer questions the Court may have, but you may attend at your own expense. If you send an objection, you do not have to go to court to talk about it. As long as you submitted your written objection on time, the Court will consider it. You may also have your own lawyer attend, but it is not necessary to hire a lawyer. You may ask the Court for permission to speak at the Fairness Hearing by sending a letter saying that it is your "Notice of Intention to Appear in *Redman v. City of Chicago.*" Your letter must also include a reference to case number 13 C 3810, your name, current address, telephone number and signature. You must file your letter with the Clerk of the District Court, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604 by **August 26, 2015**. You cannot speak at the Fairness Hearing if you exclude yourself from the Class.

**15. What happens if I do nothing at all?**

If you do nothing, and the Court approves the settlement, you will not get any Settlement Benefit but you will still be bound by the settlement and you will not be able to sue Defendant on the claims raised in the lawsuit. If you want a Settlement Benefit, you must submit a claim form.

**16. How do I get more information?**

You may seek the advice and guidance of your own attorney, at your own expense, if you desire; you may review the pleadings, records and other papers on file in this lawsuit, which may be inspected during regular business hours at the U.S. District Court, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604. You may also view the settlement website, which contains copies of certain court documents, including the Settlement Agreement and Fee Petition, and other information at www.clerkcardsettlement.com or you may write or call Class Counsel (312.726.4162; see #10 above for address) for additional information.

**DO NOT CALL THE COURT WITH QUESTIONS**

**17. What if I move?**

If you move between now and when you receive a Settlement Benefit, please update your contact information with the Class Administrator (see below).

**Class Administrator**
Clerk Card Settlement
c/o Dahl Administration
PO Box 3614
Minneapolis MN 55403-0614
ClerkCardSettlement@DahlAdministration.com
877.746.4151

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CLAIM NUMBER: «claimantda»

*BARCODE*

«claimantna» «seqid»
«addr1»
«addr2»
«city» «state» «zip»

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | No. 13 C 3810 |
| v. | ) | Judge Ellis |
| CITY OF CHICAGO, | ) | Magistrate Valdez |
| Defendant. | ) | |

**CLAIM FORM**

**THIS CLAIM FORM MUST BE COMPLETED, SIGNED AND SUBMITTED (OR POST-MARKED, IF MAILED) TO THE CLASS ADMINISTRATOR BY AUGUST 26, 2015.**

Class Administrator: Clerk Card Settlement
c/o Dahl Administration
PO Box 3614
Minneapolis MN 55403-0614

I affirm that, between January 21, 2013 and May 29, 2013, I made a payment in person using my personal (not a business card) credit or debit card to the City of Chicago Office of the City Clerk at one of its locations (121 N LaSalle St Rm 107, Chicago IL 60602; 5430 W. Gale St., Chicago, IL 60630; or 5674 S. Archer Ave. Unit A, Chicago, IL 60638), and received a receipt for the payment at the time of the transaction.

I hereby make a claim to receive my share of the Settlement Fund.

Signature: ______________________________

Printed Name: ______________________________

Address: ______________________________

______________________________

Email Address (if you have one): ______________________________

Telephone No.: ______________________________

# Exhibit B

**CHICAGO CITY CLERK'S OFFICE**
**NOTICE OF CLASS ACTION SETTLEMENT**
**REGARDING DEBIT/CREDIT CARD RECEIPTS**

*Redman v. City of Chicago,* Case No.13 C 3810
U.S. District Court, Northern District of Illinois Eastern Division

www.clerkcardsettlement.com

To: All persons who made a payment in person to the City of Chicago Office of the City Clerk using a personal (not business) credit or debit card at any location of the City Clerk's Office (121 N LaSalle St Rm 107, Chicago IL 60602; 5430 W Gale St, Chicago IL 60630; 5674 S Archer Ave, Unit A, Chicago IL 60638), during the period January 21, 2013 through May 29, 2013 and who received a receipt for the payment at the time of the transaction. ("Class").

**This may affect your legal rights.**

The Plaintiff in this lawsuit alleges that Defendant City of Chicago Office of the City Clerk wrongly printed more than the last 5 digits and the expiration date of credit or debit cards on customer receipts in violation of the Fair and Accurate Credit Transactions Act. Defendants deny the allegations and deny they did anything wrong. The court has not decided who is right. The parties agreed to settle this lawsuit, in which Class Members have an opportunity to receive a pro-rata share of the $571,320 Settlement Fund, less other items paid from the Settlement Fund.

You may submit a claim online at **www.clerkcardsettlement.com** or can call the Class Administrator at 877.746.4151 to obtain a claim form. You must submit a claim to receive money.

You can also object to the proposed settlement, exclude yourself from the class by sending a letter so stating or appear in the case. The deadline to act is **August 26, 2015**.

This is an abbreviated version of the full class notice. Please visit **www.clerkcardsettlement.com** for more information and to submit a claim, or call the Class Administrator at 877.746.4151 to receive a claim form and full notice by mail.

**DO NOT CONTACT THE COURT FOR INFORMATION,**
**AS IT WILL NOT BE ABLE TO ASSIST YOU**

**Chicago Tribune**

September 1, 2015

Re: **Dahl Administration LLC**
Order ID: 3406459
Run Date: Friday, July 3 & 10, 2015
To Whom It May Concern:

The purpose of this letter is to confirm that the **Dahl Administration LLC** advertisement ran in **The Chicago Tribune** on **7/3 & 7/10.** The **Legal Notice** ran in the **Business Section** with a **Full Run** circulation.

Lorena Ayala
Advertising Sales Representative
State: Illinois
County: Cook

On this 1st day of September, 2015 before me appeared Lorena Ayala, the person who signed this instrument on behalf of Chicago Tribune, who acknowledged she signed it on behalf of Chicago Tribune.

Notary Signature: ______________________

Date: 9/1/2015

OFFICIAL SEAL
JESSICA GRAY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Apr 24, 2019

## DOGS

**Labrador Retriever** 219-929-7164
**Chesterton, IN $900 Males & Females**
AKC, OFA black and yellow Labs, Ready July 16th, first shots and wormed, dewclaws removed, champion lines, taking deposits NOW!

**Labrador Retriever** 2625555559
**Brookfield, WI $3000 male**
Retired AKC Champion for Pet Home KnobbyWillowmill.com

## STUFF WANTED

**I BUY LEICA & HASSELBLAD CAMERAS & LENSES** Call Bill 630-886-5555

**R12 FREON WANTED** Refrigerant 12 collecting dust in your garage? We pay CASH for R12. Cylinders and cases of cans. laurelgstr@gmail.com. **312-291-9169**

**WANTED** Paying Cash for Military Items, American, German, Japanese & Other Countries from Any Period. Also Marx Playsets, Toy Soldiers, Trains, Miscellaneous Toys & Antiques. **Call Gary: 708-522-3400**

**Wanted** Radio/TV tubes, Ham/CB radios, tube testers, misc electronics. No TVs. **708-535-8323**

**Wanted Beer Cans & Signs.** Paying cash for Collection. 1930s-1970 **630-550-2255**

**We Want Your Old Car!** We pay $100-$500 cash **Rod 773-930-7112**

**WILL BUY ALL OFFICE TELEPHONE EQUIPMENT! * Please call 312-RICHARD, 312-742-4273***

## GENERAL ANNOUNCEMENTS

**BOATS** THE BOAT DOCK We Buy & Consign Used Boats! theboatdock.com **217-793-7300**

**CAMPERS** Colman's RV- We buy/consign used Campers & RV's! www.colmansrv.com **217-787-8653**

**CAREER TRAINING** AIRLINE CAREERS START HERE – GET FAA CERTIFICATION TRAINING. FINANCIAL AID IF QUALIFIED. JOB PLACEMENT ASSISTANCE. GET STARTED BY CALLING AIM **800-481-8312**

**Dental Implants $99/month** Replace one or more missing teeth. Eat with confidence. 3 Elm St, Suite 21 Winnetka **(224)255-6133**

**Invisalign $99/month** Get the smile you want, an Affordable Price **(224)255-6133**

## GENERAL ANNOUNCEMENTS

**NEVER FAIL NOVENA** May the Sacred Heart of Jesus be praised, adored & glorified throughout the whole world now & forever. Most Sacred Heart of Jesus I put my trust in You. Holy Mary Mother of Jesus pray for me. St. Theresa, child of Jesus pray for me. St. Jude Helper of Hopeless Causes pray for me and grant this favor I ask. Say this Novena 9 times a day for 9 days and publish. **DMP**

## STUFF FOR SALE

**Automotive Equipment- Must Sell** 12 ton press parts washer, wheel balancer, sandblaster, steel work bench. All for $995 OBO. Will separate. Call Rich **708-997-0243**

**Mattress Set** Queen Pillowtop Still in plastic, never used. Includes Box Spring & Warranty. Can Deliver. $199 Call **847-371-1863**

## ASSUMED NAMES

Notice is hereby given, Pursuant to "An Act in relation To the use of an Assumed Business Name in the conduct of transaction of Business in The State" as amended, that a Certification was filed by the Undersigned with the County Clerk of **Cook County**
**File No.**
**D15142697** on the
**Date: June 17, 2015**
Under the Assumed Name of: **NANCY MARIE PHOTOGRAPHY**
with the business located at:
**1213 W. ROSCOE ST,**
**CHICAGO, IL, 60657**
The true name and residence Address of the owner is: **NANCY RIVERA CHIN**
**1213 W. ROSCOE ST,**
**CHICAGO, IL, 60657**

Notice is hereby given, Pursuant to "An Act in relation To the use of an Assumed Business Name in the conduct of transaction of Business in The State" as amended, that a Certification was filed by the Undersigned with the County Clerk of **Cook County**
**File No.**
**##D15142613** on the
**Date: June 9 2015**
Under the Assumed Name of: **AJ Construction**
with the business located at:
**1119 n avers ave apt 2**
**Chicago, Illinois, 60651**
The true name and residence Address of the owner is: **Amalio Jose rosario, Jose rosario**
**1119 n avers ave**
**Chicago, Illinois, 60651**

Notice is hereby given, Pursuant to "An Act in relation To the use of an Assumed Business Name in the conduct of transaction of Business in The State" as amended, that a Certification was filed by the Undersigned with the County Clerk of **Cook County**
**File No.**
**D15142679** on the
**Date: June 17, 2015**
Under the Assumed Name of: **EVANSTON WEB WORKS**
with the business located at:
**826 1/2 WASHINGTON ST SUITE 1W**
**EVANSTON, IL, 60202**
The true name and residence Address of the owner is: **LEONARD N JENT**
**826 1/2 WASHINGTON ST SUITE 1W**
**EVANSTON, IL, 60202**

## LEGAL NOTICES

**NOTICE TO DISADVANTAGES BUSINESSES**
DiMeo Bros. Inc, 720 Richard Lane, Elk Grove, IL 60007, phone 847-640-2240 is seeking disadvantages businesses for the Village of Harwood Heights Oak Park Avenue Water Main Replacement Project for subcontracting opportunities in the following areas, Landscaping, Trucking, and Laboring in the Chicago Land Area.
All disadvantages businesses should contact, IN WRITING, (certified letter, return receipt requested to John DiMeo, to discuss the subcontracting opportunities. All negotiations must be completed prior to the bid opening date Thursday July 23, 2015 @ 10:00AM.

## LEGAL NOTICES

## LEGAL NOTICES

## LEGAL NOTICES

**CHICAGO CITY CLERK'S OFFICE**
**NOTICE OF CLASS ACTION SETTLEMENT**
**REGARDING DEBIT/CREDIT CARD RECEIPTS**

*Redman v. City of Chicago*, Case No.13 C 3810
U.S. District Court, Northern District of Illinois Eastern Division
www.clerkcardsettlement.com

To: All persons who made a payment in person to the City of Chicago Office of the City Clerk using a personal (not business) credit or debit card at any location of the City Clerk's Office (121 N LaSalle St Rm 107, Chicago IL 60602; 5430 W Gale St, Chicago IL 60630; 5674 S Archer Ave, Unit A, Chicago IL 60638), during the period January 21, 2013 through May 29, 2013 and who received a receipt for the payment at the time of the transaction ("Class").

**This may affect your legal rights.**

The Plaintiff in this lawsuit alleges that Defendant City of Chicago Office of the City Clerk wrongly printed more than the last 5 digits and the expiration date of credit or debit cards on customer receipts in violation of the Fair and Accurate Credit Transactions Act. Defendants deny the allegations and deny they did anything wrong. The court has not decided who is right. The parties agreed to settle this lawsuit, in which Class Members have an opportunity to receive a pro-rata share of the $571,320 Settlement Fund, less other items paid from the Settlement Fund.

You may submit a claim online at **www.clerkcardsettlement.com** or can call the Class Administrator at 877.746.4151 to obtain a claim form. You must submit a claim to receive money.

You can also object to the proposed settlement, exclude yourself from the class by sending a letter so stating or appear in the case. The deadline to act is **August 26, 2015**.

This is an abbreviated version of the full class notice. Please visit **www.clerkcardsettlement.com** for more information and to submit a claim, or call the Class Administrator at 877.746.4151 to receive a claim form and full notice by mail.

**DO NOT CONTACT THE COURT FOR INFORMATION, AS IT WILL NOT BE ABLE TO ASSIST YOU**

**TAKE FIVE MINUTES A DAY TO BUILD A BETTER LIFE.**

The small steps you take today can change your life tomorrow. Update your résumé, set up a job alert, or get tips on how to transfer your skills to a new career.

careerbuilder

© 2013 CareerBuilder, LLC. All rights reserved.


**CREATIVE WRITING SEMINAR FOR THE TASTE.** Discover talent. Great for students! Just $15. Starting 7/9 @9AM. **Hilton Michigan Ave.**

**Dental Implants $99/month** Replace one or more missing teeth. Eat with confidence. 723 Elm St. Suite 21, Winnetka **(224)255-6133**

**Invisalign $99/month** Get the smile you want at an Affordable Price **(224)255-6133**

**Postage Stamp Show** Free admission Country Inn & Suites, 600 Milwaukee Ave. Prospect Heights, IL. July 11 & 12. Hours 10-4. Buy, Sell and Appraise. Further info www.medasteria.com or **847-922-5574**

**REAL ESTATE** Custom Built Log Home DOUGLAS COUNTY ILLINOIS REAL ESTATE AUCTION FRIDAY JULY 17TH SEALED BID 5BR, 4.5BA, 14,765sf, 33 acres. Ponds, Pool, Pool House, Boat House Tom Rayburn www.mossyoakproperties.com **847-514-4230**

**LEGAL NOTICES**

Certification was filed by the Undersigned with the County Clerk of Cook County
**File No.**
**##D15142613** on the
**Date: June 9 2015**
Under the Assumed Name of: **AJ Construction**
with the business located at:
**1119 n avers ave apt 2**
**Chicago, Illinois, 60651**
The true name and residence Address of the owner is: **Amalio jose rosario, jose rosario**
**1119 n avers ave**
**Chicago, Illinois, 60651**

Notice is hereby given, Pursuant to "An Act in relation To the use of an Assumed Business Name in the conduct of transaction of Business in The State" as amended, that a Certification was filed by the Undersigned with the County Clerk of Cook County
**File No.**
**D15142822** on the
**Date: June 30, 2015**
Under the Assumed Name of: **SMZ**
with the business located at:
**7313 S. Mozart Street**
**Chicago, Illinois, 60629**
The true name and residence Address of the owner is: **Sydney Marie Zepeda**
**7313 S. Mozart Street**
**Chicago, Illinois, 60629**

**LEGAL NOTICES GOVERNMENT/EDUCATION**

**LEGAL ADVERTISEMENT - JULY 10, 2015**
CHICAGO PUBLIC SCHOOLS RFI FOR VALUE BASED HEALTHCARE
DUE: 8/7/15 AT 5:00 p.m. See: http://www.csc.cps.k12.il.us/purchasing/open_to_the_public.html

**LEGAL NOTICES**

**CHILD PROTECTION DEPARTMENT CHILD PROTECTION DIVISION**

IN THE INTEREST OF
**JASMINE SCOTT AKA** Jasmine Angelinea Scott

MINOR(S)
CHILD(REN) OF **Shavaughn Cole (Mother)**

JUVENILE NO.: **03JA01163**

**NOTICE OF PUBLICATION**

NOTICE IS GIVEN YOU, **Shavaighn Cole (Mother)**, respondents, and to **All Whom It May Concern**, that on **April 28, 2015**, a petition was filed under the Juvenile Court Act by **ANITA ALVAREZ** in this court and that in the courtroom of Judge **Robert Balanoff** in the Cook County Juvenile Court Building, 1100 So. Hamilton Avenue, Chicago, Illinois, ON **07/10/2015, at 9:30 AM** in CALENDAR **12** COURTROOM **L**, or as soon thereafter as this case may be heard, a hearing will be held upon the petition to terminate your parental rights and appoint a guardian with power to consent to adoption.

THE COURT HAS AUTHORITY IN THIS CASE TO TAKE FROM YOU THE CUSTODY AND GUARDIANSHIP OF THE MINOR, TO TERMINATE YOUR PARENTAL RIGHTS AND TO APPOINT A GUARDIAN WITH POWER TO CONSENT TO ADOPTION. YOU MAY LOSE ALL PARENTAL RIGHTS TO YOUR CHILD. IF THE PETITION REQUESTS THE TERMINATION OF YOUR PARENTAL RIGHTS AND APPOINTMENT OF A GUARDIAN WITH POWER TO CONSENT TO ADOPTION, YOU MAY LOSE ALL PARENTAL RIGHTS TO THE CHILD.

UNLESS YOU appear, you will not be entitled to further written notices or publication notices of the proceedings in this case, including the filing of an amended petition or a motion to terminate parental **rights.**

UNLESS YOU appear at the hearing and show cause against the petition, the allegations of the petition may stand admitted as against you and each of you, and an order or judgment entered.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
**7/10/2015**

**Jarvell Willingham**

MINOR(S)
CHILD(REN) OF **Vanessa Thomas (Mother)**

JUVENILE NO.: **15JA00573**

**NOTICE OF PUBLICATION**

NOTICE IS GIVEN YOU, **Devell Willingham (Father)**, respondents, and to **All Whom It May Concern**, that on **June 11, 2015**, a petition was filed under the Juvenile Court Act by **ANITA ALVAREZ** in this court and that in the courtroom of Judge **Rena Marie Van Tine** in the Cook County Juvenile Court Building, 1100 So. Hamilton Avenue, Chicago, Illinois, ON **07/30/2015**, at **2:45 PM** in CALENDAR **7** COURTROOM **G**, or as soon thereafter as this case may be heard, an adjudicatory hearing will be held upon the petition to have the minor declared to be a ward of the court and for other relief under the Act.

THE COURT HAS AUTHORITY IN THIS CASE TO TAKE FROM YOU THE CUSTODY AND GUARDIANSHIP OF THE MINOR, TO TERMINATE YOUR PARENTAL RIGHTS AND TO APPOINT A GUARDIAN WITH POWER TO CONSENT TO ADOPTION. YOU MAY LOSE ALL PARENTAL RIGHTS TO YOUR CHILD. IF THE PETITION REQUESTS THE TERMINATION OF YOUR PARENTAL RIGHTS AND APPOINTMENT OF A GUARDIAN WITH POWER TO CONSENT TO ADOPTION, YOU MAY LOSE ALL PARENTAL RIGHTS TO THE CHILD.

UNLESS YOU appear, you will not be entitled to further written notices or publication notices of the proceedings in this case, including the filing of an amended petition or a motion to terminate parental **rights.**

UNLESS YOU appear at the hearing and show cause against the petition, the allegations of the petition may stand admitted as against you and each of you, and an order or judgment entered.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
**7/10/2015**

**LEGAL NOTICE**

Notification is hereby given that PNC Bank National Association, 222 Delaware Avenue, Wilmington, DE 19899, New Castle County, has filed an application with the Comptroller of the Currency on July 8, 2015, as specified in 12 CFR 5 for permission to establish a domestic branch at 774 Skokie Blvd, Northbrook, IL 60062, Cook County.

Any person wishing to comment on this application may file comments in writing with the Office of the Comptroller of the Currency, 340 Madison Avenue, Fifth Floor, New York, New York 10173, within 30 days of the date of this publication. The non-confidential portions of the application are on file with the Deputy Comptroller as part of the public file. This file is available for public inspection during regular business hours.

**NOTICE TO DISADVANTAGED BUSINESSES**

RJ Underground Inc of 5330 50th St Kenosha WI 2626058933 is seeking DBE for the MomenceKankakeeRiverWaterMainCrossing for subs opportunities in the following areas:Trucking,Landscaping,Concrete/Asphalt Restoration.All DBE should contact IN WRITING, certified letter, return receipt requested, Mike McCormick, to discuss the sub opportunities.All negotiations must be completed prior to bid opening on 7/27/15. All proposals will be evaluated by tasks inclusive in bid,price,competency.The evaluation criteria will not be restrictive or exclusionary.

**CHICAGO CITY CLERK'S OFFICE**
**NOTICE OF CLASS ACTION SETTLEMENT**
**REGARDING DEBIT/CREDIT CARD RECEIPTS**

*Redman v. City of Chicago*, Case No.13 C 3810
U.S. District Court, Northern District of Illinois Eastern Division
www.clerkcardsettlement.com

To: All persons who made a payment in person to the City of Chicago Office of the City Clerk using a personal (not business) credit or debit card at any location of the City Clerk's Office (121 N LaSalle St Rm 107, Chicago IL 60602; 5430 W Gale St, Chicago IL 60630; 5674 S Archer Ave, Unit A, Chicago IL 60638), during the period January 21, 2013 through May 29, 2013 and who received a receipt for the payment at the time of the transaction ("Class").

**This may affect your legal rights.**

The Plaintiff in this lawsuit alleges that Defendant City of Chicago Office of the City Clerk wrongly printed more than the last 5 digits and the expiration date of credit or debit cards on customer receipts in violation of the Fair and Accurate Credit Transactions Act. Defendants deny the allegations and deny they did anything wrong. The court has not decided who is right. The parties agreed to settle this lawsuit, in which Class Members have an opportunity to receive a pro-rata share of the $571,320 Settlement Fund, less other items paid from the Settlement Fund.

You may submit a claim online at **www.clerkcardsettlement.com** or can call the Class Administrator at 877.746.4151 to obtain a claim form. You must submit a claim to receive money.

You can also object to the proposed settlement, exclude yourself from the class by sending a letter so stating or appear in the case. The deadline to act is **August 26, 2015.**

This is an abbreviated version of the full class notice. Please visit **www.clerkcardsettlement.com** for more information and to submit a claim, or call the Class Administrator at 877.746.4151 to receive a claim form and full notice by mail.

**DO NOT CONTACT THE COURT FOR INFORMATION, AS IT WILL NOT BE ABLE TO ASSIST YOU**

**Invite us in.**
Call 1-800-TRIBUNE for home delivery
Operator #125
Wed/Fri/Sun/$2.50
Chicago Tribune

VISIT CHICAGOTRI
OR CALL

# Exhibit C

| Matter- REDMAN | | | |
|---|---|---|---|
| **Dahl ID** | **First Name** | **Last Name** | **Opt-Out Number** |
| 00179455 | EVELYN RANDLE | MORGAN | 001 |
| 00104374 | JAVIER | MONZON | 100218 |
| 00169692 | JENNIFER | ZEGLER | 100578 |
| 00014605 | NICOLE A | BOLER | 100579 |
| 00133194 | LORENZO | RUBIO | 100676 |
| 00101675 | DONALD | MICKEL | 100723 |
| 00139116 | JOHN | SCHWANDKE | 100738 |
| 00048983 | MARCIA | FRITZ | 100758 |
| 00014265 | NICOLAS STAUFF | BO FENG | 100893 |
| 00157602 | LYNN | VARNDELL | 100900 |
| 00170002 | CUILAN | ZHANG | 101096 |
| 00177983 | SONIA | DIAZ | 101193 |
| 00171917 | CONGREGATION DE NOTRE DAME | | 101194 |
| 00075952 | SARBJIT | KAUR | 102255 |
| 00126357 | ASHLEY M | REED | 102477 |
| 00101292 | AARON | MEYER | 102559 |